IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:08cr16TSL-JCS

MARK DELASH BUTLER, JR.

## ORDER OF DISMISSAL
## COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, MARK DELASH BUTLER, without prejudice.

STAN HARRIS
Acting United States Attorney

Date: February 27, 2009  By: s/ Erin O. Chalk
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this the 27th day of February, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE